# United States District Court
## Violation Notice

CVB Location Code: CS-81

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7472064 | YOUNG | 1074 |

7472064

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/02/2017 1052
Offense Charged: ☐ CFR ☐ USC ☒ State Code
CVC 14601.1(a)

Place of Offense: OTAY PORT OF ENTRY VEHICLE SECONDARY

Offense Description: Factual Basis for Charge  HAZMAT ☐

CVC 14601.1(a) DRIVING WHILE SUSPENDED OR REVOKED FOR FTA

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| HERRERA | HENRY | NMN |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 6E25276 | CA | 00 | CHEV P/U | | WHITE |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 200.  Forfeiture Amount
+ $30  Processing Fee

PAY THIS AMOUNT → $ 230.  Total Collateral Due

### YOUR COURT DATE

Court Address: 221 W. BROADWAY SAN DIEGO CA 92101
Date: TBD
Time: TBD

X Defendant Signature: [signed]

(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on OCTOBER 2, 20 17 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED PC STATEMENT.

REF CCN 017007519

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/02/2017   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN DEC 06, 2017 16:33